JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE HANOVER INSURANCE COMPANY,<br><br>　　　　Defendant. | CV 20-3513 PA (PLAx)<br><br>JUDGMENT |

Pursuant to the Court's July 30, 2020 Minute Order granting the Motion to Dismiss filed by defendant The Hanover Insurance Company ("Hanover"), which dismissed the claims asserted by plaintiff The Travelers Indemnity Company of America ("Travelers") without leave to amend and with prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Hanover shall have judgment in its favor against Travelers.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Travelers' claims are dismissed with prejudice.

. . . .

. . . .

. . . .

1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Travelers take
2 | nothing and that Hanover shall have its costs of suit.

4 | DATED: July 30, 2020

                                                  Percy Anderson
                                    UNITED STATES DISTRICT JUDGE